**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

<u>  UNITED STATES OF AMERICA  </u>   v.   <u>  STEPHEN ANTHONY SMITH (D-3)  </u>

THE HONORABLE JOHN D. ROBERTS

D<small>EPUTY</small> C<small>LERK</small>                                          CASE NO.  <u> 3:03-cr-00123-03-JWS </u>

<u> Pam Richter </u>

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**      DATE: March 8, 2006

    **INITIAL APPEARANCE** on the petition to revoke supervised release in the above-captioned case is hereby set for **Wednesday, April 12, 2006, at 9:30 a.m.,** before John D. Roberts, U.S. Magistrate Judge, in Magistrate Judge Courtroom **#6**, Federal Building - U.S. Courthouse, 222 West Seventh Avenue, Anchorage, Alaska.

[]{ARRAIGNR.WPD*Rev.3/97}