DEBORAH M. SMITH
Acting United States Attorney

FRANK V. RUSSO
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Tel: (907) 271-5071
Fax: (907) 271-1500
E-mail: frank.russo@usdoj.gov
MA Bar No. 649320

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| In the Matter of | ) | Case No. 3:03-cr-123-003-JWS-JDR |
| | ) | |
| STEPHEN ANTHONY SMITH | ) | <u>PETITION FOR WRIT OF</u> |
| | ) | <u>HABEAS CORPUS AD</u> |
| On Writ of Habeas Corpus | ) | <u>PROSEQUENDUM</u> |
| | ) | |
| | ) | **Filed on Shortened Time** |

TO:  The Honorable Judge of the United States District Court:

Your Petitioner respectfully shows:

STEPHEN ANTHONY SMITH, who is imprisoned by the State of Alaska Department of Corrections is a defendant in a certain cause now pending before this court, to wit: <u>United States of America v. Stephen Anthony Smith</u>, Case No. 3:03-cr-123-03-JWS-JDR, which is scheduled to be set for an initial appearance on petition to revoke supervised release, currently scheduled for April 12, 2006, at 9:30 a.m.

WHEREFORE, Petitioner prays that the Clerk of this court be instructed to issue a Writ of Habeas Corpus Ad Prosequendum to State of Alaska Department of Corrections to bring the said defendant before the court in Anchorage, Alaska for his arraignment, as well as for further proceedings, and to be returned to the State of Alaska Department of Corrections when this matter is complete.

DATED: April 11, 2006

DEBORAH M. SMITH
Acting United States Attorney

s/Frank V. Russo
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-3383
Fax: (907) 271-1500
E-mail: frank.russo@usdoj.gov
MA Bar No. 649320