# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

|  |  |  |
|---|---|---|
| In the Matter of | ) | Case No. **3:03-cr-00123-03-JWS-JDR** |
|  | ) |  |
| STEPHEN ANTHONY SMITH, | ) | ORDER FOR ISSUANCE OF WRIT |
|  | ) | OF HABEAS CORPUS AD |
|  | ) | PROSEQUENDUM |
| On Writ of Habeas Corpus | ) |  |
|  | ) |  |

On the Petition of Frank V. Russo, Assistant U.S. Attorney,

IT IS ORDERED that the Clerk of this court be instructed to issue a Writ of Habeas Corpus Ad Prosequendum to the State of Alaska Department of Corrections to bring STEPHEN ANTHONY SMITH  before this court as a defendant in a certain cause now pending before this Court, to wit: United States of America v. Stephen Anthony Smith, Case No. 3:03-cr-123-03-JWS-JDR, for his arraignment on indictment in Anchorage, Alaska and such other proceedings as the court may desire, said person to be returned to the said State of Alaska Department of Corrections as soon as the case is disposed of.

DATED this 11th day of April, 2006, at Anchorage, Alaska.


  /s/ John D. Roberts
JOHN D. ROBERTS
United States Magistrate Judge