MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs STEPHEN ANTHONY SMITH   CASE NO. 3:03-CR-00123-03-JWS
Defendant:  X Present    X In Custody

BEFORE THE HONORABLE       JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:      CAROLINE EDMISTON

UNITED STATES ATTORNEY:      STEPHAN COLLINS FOR FRANK RUSSO

DEFENDANT'S ATTORNEY:      RICH CURTNER, APPOINTED

U.S.P.O.:            TRAVIS LYONS

PROCEEDINGS: INITIAL APPEARANCE ON PETITION TO REVOKE SUPERVISED
             RELEASE Held 04/12/06:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:25 a.m. court convened.

 X Copy of Petition to Revoke Supervised Release given to
defendant: read.

 X Defendant sworn.

 X Defendant advised of general rights, charges and penalties.

 X Defendant states true name:    Same as above.

 X Financial Affidavit filed.  Federal Public Defender accepted
appointment; FPD notified.

 X PLEAS: Defendant DENIED Allegations 1, 2, & 3 of the Petition
to Revoke Supervised Release.

 X Consent to Proceed before U.S. Magistrate Judge filed.

 X Evidentiary Hearing set for **April 17, 2006 at 9:30 a.m.** before
Magistrate Judge Roberts.

 X Defendant detained; Order of Detention Pending Trial **FILED**.

At 9:38 a.m. court adjourned.


DATE:    April 12, 2006     DEPUTY CLERK'S INITIALS:    Ce