## MINUTES OF THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

### *UNITED STATES OF AMERICA*    v.    *STEPHEN ANTHONY SMITH*

THE HONORABLE JOHN W. SEDWICK          CASE NO. 3:03-CR-123 (JWS)

PROCEEDINGS: ORDER FROM CHAMBERS          Date:  April 18, 2006

_____

The court will conduct a disposition hearing at **8:30 a.m.** on **June 8, 2006.**

_____