**UNITED STATES DISTRICT COURT**
**District of Alaska**

| | |
|---|---|
| UNITED STATES OF AMERICA, | **AMENDED JUDGMENT IN A CRIMINAL CASE** |
| vs. | (For Revocation of Probation or Supervised Release) |
| | For Offenses Committed On or After November 1, 1987 |
| STEPHEN ANTHONY SMITH | (Original Judgment filed <u>06/23/2004</u>) |
| | Case Number: <u>3:03-CR-00123-03-JWS</u> |
| | <u>Rich Curtner</u> |
| | Defendant's Attorney |

Defendant's probation officer filed a petition on <u>03/08/2006</u> accusing defendant of <u>2</u> violations of the conditions of supervision provided in the original judgment. Defendant <u>ADMITTED Allegation 1 of the Petition to Revoke Supervise Release</u>. All necessary hearings have been conducted. The court finds that the following violations are proved:

| Accusation # | Condition # | Nature of Violation | Date | Grade |
|---|---|---|---|---|
| 1 | Mandatory | Not Commit Crime | 11/16/2005 | B |

The court finds that the following accusations are not proved: _____.

The court concludes that the conditions of supervision set forth in the court's original judgment are subject to revocation pursuant to 18 U.S.C. § 3583(e); and defendant is now sentenced as provided in pages 2 through <u>3</u> of this amended judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984, as amended.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

June 8, 2006
Date of Disposition

REDACTED SIGNATURE

Signature of Judicial Officer
<u>JOHN W. SEDWICK, U.S. DISTRICT JUDGE</u>
Name & Title of Judicial Officer

8 June 2006
Date

AO245.REV

Defendant: STEPHEN ANTHONY SMITH            Amended Judgment--Page _2_ of _3_
Case No.:  _3:03-CR-00123-03-JWS_

## IMPRISONMENT ON REVOCATION OF SUPERVISED RELEASE/PROBATION

Defendant's supervised release having been revoked, the defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of __4 Months__.

[_]  The court makes the following recommendations to the Bureau of Prisons:

[X]  The defendant is remanded to the custody of the United States Marshal.

[_]  The defendant shall surrender to the United States Marshal for this district,
        [_] at _____ a.m./p.m. on _____.
[_]  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons,
        [_] before 2 p.m. on _____.
        [_] as notified by the United States Marshal.
        [_] as notified by the probation office.

### RETURN

I have executed this judgment as follows:

_____
_____
_____
_____

Defendant delivered on _____ to _____ at _____, with a certified copy of this judgment.

                                        United States Marshal

                                By _____
                                        Deputy Marshal

AO245.REV

Defendant: STEPHEN ANTHONY SMITH                Amended Judgment--Page  3  of  3
Case No.:   3:03-CR-00123-03-JWS

## PROBATION/SUPERVISED RELEASE (MODIFIED)

Defendant's supervised release is modified as follows:

1. The defendant shall not unlawfully possess a controlled substances. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, not to exceed   12   tests per month as determined by the probation officer.

2. The defendant shall cooperate in the collection of DNA as directed by the probation officer.

3. In addition to submitting to the drug testing in accordance with the Violent Crime Control and Law Enforcement Act of 1994, the defendant shall participate in either or both inpatient or outpatient treatment programs approved by the United States Probation Office for substance abuse treatment, which program shall include testing to determine whether the defendant has reverted to the use of drugs and alcohol.

4. The defendant shall not possess a firearm, destructive device, or other weapon.

5. The defendant shall submit to a warrantless search of person, residence, vehicle, office, place of employment and/or business at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release. Failure to submit to a search may be grounds for revoking supervised release.

6. Upon release from imprisonment, the defendant shall reside at the community corrections center (CCC) for a period of four (4) months. The defendant shall abide by the rules and regulations of the CCC and shall be eligible for release for employment, substance abuse classes, and other appointments as approved by the probation officer.

The term of supervision is extended as follows:

Defendant shall be placed on Supervised Release for a term of 48 months.

Except as hereinabove provided, the standard conditions of supervision and any special conditions of supervision contained in the court's original judgment shall remain in effect.

AO245.REV