RECEIVED
JUN 1 5 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| In the Matter of | ) | No. 3:03-cr-123-03-JWS-JDR |
| | ) | |
| STEPHEN ANTHONY SMITH, | ) | |
| | ) | |
| On Writ of Habeas Corpus | ) | |
| | ) | |
| _____ | ) | **WRIT OF HABEAS CORPUS** |
| UNITED STATES OF AMERICA, | ) | **AD PROSEQUENDUM** |
| | ) | |
| DISTRICT OF ALASKA | ) | |
| | ) | |
| _____ | ) | |

The President of the United States of America to:

State of Alaska Department of Corrections, United States Marshal, District of Alaska, or his duly authorized representative.

GREETINGS:

      We command that you have the body of STEPHEN ANTHONY SMITH, by you imprisoned and detained as it is said, under safe and secure conduct, before the Judge of our District Court within and for the District of Alaska, at Anchorage, for his initial appearance on petition to revoke supervised release, and other proceedings as the Court may desire thereafter and as necessary in <u>United States of America v. Stephen Anthony Smith</u>, Case No. 3:03-cr-123-03-

JWS-JDR, now pending before said court, and that you return said person to the State of Alaska Department of Corrections as soon as the case may be disposed of, under safe and secure conduct.

This is a continuing Writ on this date and such other times as the court directs.

ENTERED AND DONE upon the Order of the Honorable Judge of the United States District Court of the District of Alaska, at the Federal Building and U.S. Courthouse in the City of Anchorage, Alaska on this 11th day of April, 2006.

Ida Romack
CLERK, U.S. DISTRICT COURT

By: [redacted signature]

Deputy Clerk

I hereby certify that I return that Stephon Smith was transported from SOA to US court on 04/01/2006 as ordered by the court.

U.S. Marshal
By: [signature] Deputy U.S. Marshal

Certified to be a true and correct copy of original filed in my office.
Dated 4-15-06
By [redacted signature]