# United States District Court
for the
## DISTRICT OF ALASKA

RECEIVED
NOV 27 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>vs. )<br>)<br>)<br>Stephen A. Smith ) | Case Number: A03-123 CR (JKS)<br><br>WARRANT FOR ARREST |

TO: The United States Marshal
and any Authorized United States Officer

    YOU ARE HEREBY COMMANDED to arrest Stephen A. Smith and bring him forthwith to the nearest Magistrate Judge to answer a supervised release violation petition charging him with five violations of his term of supervised release.

SIGNATURE REDACTED

John W. Sedwick
Chief U.S. District Court Judge

8-9-07
Date

ORIGINAL

---

### RETURN OF SERVICE

This warrant was received and executed with the arrest of the above-named defendant at:

ACC-W, ANCHORAGE

| Date Received: 8-13-07 | Name and title of arresting officer: | Signature of arresting officer: |
|---|---|---|
| Date of Arrest: 11/21/07 | U.S. Marshals D/AK<br>Randy M. Johnson | |