# United States District Court
### for the
## DISTRICT OF ALASKA

**RECEIVED**
NOV 27 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | Case Number: A03-123 CR (JKS) |
| ) | |
| vs. ) | **WARRANT FOR ARREST** |
| ) | |
| Stephen A. Smith ) | |

TO: The United States Marshal
and any Authorized United States Officer

    YOU ARE HEREBY COMMANDED to arrest Stephen A. Smith and bring him forthwith to the nearest Magistrate Judge to answer a supervised release violation petition charging him with five violations of his term of supervised release.

**SIGNATURE REDACTED**

John W. Sedwick
Chief U.S. District Court Judge

8-9-07
Date

**ORIGINAL**

---

**RETURN OF SERVICE**

This warrant was received and executed with the arrest of the above-named defendant at:

ACC-W, ANCHORAGE

| Date Received: 8-13-07 | Name and title of arresting officer: | Signature of arresting officer: |
|---|---|---|
| Date of Arrest: 11/21/07 | U.S. Marshals D/AK Randy M. Johnson | |