MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. STEPHEN ANTHONY SMITH    CASE NO. 3:03-cr-00123-03-JWS
Defendant: X Present  X In Custody

BEFORE THE HONORABLE:            JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:            APRIL KARPER

UNITED STATES' ATTORNEY:          FRANK RUSSO AND JOHN REARDON

DEFENDANT'S ATTORNEY:             SUE ELLEN TATTER FOR
                                  F. RICHARD CURTNER - APPOINTED

U.S.P.O.:                         TRAVIS LYONS

PROCEEDINGS: INITIAL APPEARANCE ON PETITION TO REVOKE SUPERVISED
             RELEASE (DKT 592) HELD NOVEMBER 27, 2007:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 2:48 p.m. court convened.

 X Copy of Petition to Revoke Supervised Release given to
   defendant: waived reading.

 X Defendant sworn.

 X Defendant stated true name: Same as above.

 X Defendant advised of general rights.

 X Financial Affidavit **FILED.**
   X Federal Public Defender accepted appointment; FPD notified.

 X Defendant **ADMITTED** allegations 1-5 of the Petition to Revoke
   Supervised Release.

 X Matter to be referred to U.S. District Judge for:
   X Final Disposition Hearing

 X Detention uncontested; defendant detained.

 X Order of Detention Pending Trial **FILED.**

 X OTHER: Court and counsel heard re agreed upon disposition of
8 months with no supervised release to follow.

At 3:16 p.m. court adjourned.

DATE:      November 27, 2007    DEPUTY CLERK'S INITIALS:    amk

Revised 6-18-07