Rich Curtner
Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>STEPHEN ANTHONY SMITH,<br><br>　　　　Defendant. | NO. 3:03-cr-00123-03-JWS<br><br>**ENTRY OF APPEARANCE** |

　　　　Rich Curtner, Federal Public Defender for the District of Alaska, hereby enters his appearance as counsel for the Defendant STEPHEN ANTHONY SMITH in the above-captioned action.

　　　　DATED at Anchorage, Alaska this 4th day of December 2007.

　　　　Respectfully submitted,

　　　　/s/Rich Curtner
　　　　Federal Defender
　　　　601 West Fifth Avenue, Suite 800
　　　　Anchorage, AK 99501
　　　　Phone:　　907-646-3400
　　　　Fax:　　　907-646-3480
　　　　E-Mail:　　rich_curtner@fd.org

Certification:
I certify that on December 4, 2007,
a copy of the ***Entry of Appearance***
was served electronically on:

Frank V. Russo
Assistant U.S. Attorney
222 West 7th Avenue, #9
Anchorage, AK 99513
Email: Frank.Russo@usdoj.gov

/s/Rich Curtner