```
            MINUTES OF THE UNITED STATES DISTRICT COURT
                        DISTRICT OF ALASKA
```

U.S.A. vs. STEPHEN ANTHONY SMITH     CASE NO. 3:03-cr-00123-03-JWS
Defendant: _X_ Present _X_ In Custody

BEFORE THE HONORABLE:            JOHN W. SEDWICK

DEPUTY CLERK/RECORDER:           APRIL KARPER

UNITED STATES' ATTORNEY:         JOHN REARDON AND JOSEPH BOTTINI

DEFENDANT'S ATTORNEY:            F. RICHARD CURTNER

U.S.P.O.:                        TRAVIS LYONS

PROCEEDINGS: STATUS HEARING (DISPOSITION HEARING ON PETITION TO
             REVOKE SUPERVISED RELEASE (DKT 592)
             HELD DECEMBER 6, 2007:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 10:34 a.m. court convened.

Court and counsel heard re defendant's oral motion to reset the Disposition Hearing; **GRANTED**. Disposition Hearing on Petition to Revoke Supervised Release (Dkt 592) set for **December 14, 2007 at 4:00 p.m.**

Defendant's detention continued.

At 10:39 a.m. court adjourned.

DATE:     December 6, 2007     DEPUTY CLERK'S INITIALS:   amk

Revised 6-18-07