Rich Curtner
Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>STEPHEN ANTHONY SMITH,<br><br>Defendant. | NO. 3:03-cr-00123-03-JWS<br><br>**UNOPPOSED MOTION ON SHORTENED TIME FOR BAIL REVIEW HEARING** |

The defendant, STEPHEN ANTHONY SMITH, through counsel, Rich Curtner, Federal Defender, hereby requests a bail review hearing the week of December 10, 2007.  Counsel is proposing the release of Mr. Smith to his probation officer, Travis Lyons, on December 14, 2007, from 10:00 a.m. to 4:00 p.m. to attend a memorial service for the defendant's mother in Anchorage at the Witzleben Family Funeral Home at 1707 South Bragaw Street on December 14, 2007, at 11:00 a.m.

A disposition hearing has been set in this case for December 14, 2007, at 4:00 p.m. before Judge Sedwick.

Assistant U.S. Attorney John Reardon does not oppose this motion.

U.S. Probation Officer Travis Lyons does not oppose this motion.

DATED at Anchorage, Alaska this 6th day of December 2007.

Respectfully submitted,

/s/Rich Curtner
Federal Defender
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone:   907-646-3400
Fax:     907-646-3480
E-Mail:  rich_curtner@fd.org

Certification:
I certify that on December 6, 2007,
a copy of the *Unopposed Motion on Shortened Time for Bail Review Hearing* was served electronically on:

Frank V. Russo
John Reardon
Assistant U.S. Attorneys
222 West 7th Avenue, #9
Anchorage, AK 99513
Email: Frank.Russo@usdoj.gov

and a copy was hand delivered to:

and a copy was hand delivered to:

U.S. Probation & Pretrial Services
222 W. 7th Avenue, #48, Room 168
Anchorage, AK 99513-7562

/s/Rich Curtner