UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | NO. 3:03-cr-00123-03-JWS |
|---|---|
| Plaintiff, | |
| vs. | **PROPOSED ORDER** |
| STEPHEN ANTHONY SMITH, | |
| Defendant. | |

After due consideration of the Defendant's Unopposed Motion on Shortened Time for Bail Review Hearing, the motion is granted.

IT IS HEREBY ORDERED that a bail review hearing is scheduled in this matter on December _____, 2007, at _____ \_\_\_.m.

DATED this \_\_\_\_\_ day of December 2007, in Anchorage, Alaska.

JOHN D. ROBERTS
U.S. DISTRICT JUDGE