NELSON P. COHEN
United States Attorney

FRANK V. RUSSO
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska  99513-7567
Phone: 907-271-5071
Fax: 907-271-1500
Email: frank.russo@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No.  3:07-cr-00123-03-JWS-JDR |
| ) | |
| Plaintiff, ) | |
| ) | NOTICE OF ATTORNEY |
| vs. ) | APPEARANCE |
| ) | |
| STEPHEN ANTHONY SMITH, ) | |
| ) | |
| Defendant. ) | |
| ) | |

COMES NOW the United States by and through counsel and hereby gives notice that Special Assistant United States Attorney John C. Reardon now appears as co-counsel for the United States of America in the above-entitled action.  The lead attorney still remains Frank V. Russo, Assistant United States Attorney.  In

addition, the government requests that pleadings in the above-entitled action be sent to John C. Reardon at:

John C. Reardon
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska  99513-7567
Phone: 907-271-5071
Fax: 907-271-1500
Email: john.reardon@usdoj.gov

RESPECTFULLY SUBMITTED this 12th day of December, 2007 at

Anchorage, Alaska

NELSON P. COHEN
United States Attorney


s/ Frank V. Russo
FRANK V. RUSSO
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-3668
Fax: (907) 271-1500
E-mail: frank.russo@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on December 12, 2007
a copy of the foregoing Notice was served
electronically on: Rich Curtner


s/ Frank Russo