IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

**RELEASE ORDER**

TO:  UNITED STATES MARSHAL

RE:  UNITED STATES OF AMERICA VS.    STEPHEN ANTHONY SMITH

CASE NO:    3:03-CR-00123-03-JWS-JDR

---

Defendant    STEPHEN ANTHONY SMITH  ,

has this date met the bail conditions indicated below and is ordered discharged from custody.

____Released to _____, the third party custodian(s)

____Paid cash bail in the amount of _____ to the Clerk of Court

____Posted unsecured bond in the amount of _____

____Posted bond secured by ____ property or ____ surety in the amount of _____ with the Clerk of Court

____Surrendered passport to the Clerk of Court

__X__ Other_ Released to Travis Lyons, USPO Officer for purposes of attending Memorial service on 12/14/07. Mr. Smith shall be returned to the custody of the US Marshals on 12/14/07 for hearing on that same date at 4:00 PM in courtroom # 3.

Dated at   ANCHORAGE , Alaska, this   14TH   day of DECEMBER , 20 07.

IDA ROMACK, Clerk of Court

REDACTED SIGNATURE
BY: _____
         Deputy Clerk

Original & 1 cy to U.S. Marshal

(Rev 12/07)