```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

U.S.A. vs.  STEPHEN ANTHONY SMITH   CASE NO. 3:03-CR-00123-JWS
Defendant:  X Present  X In Custody

BEFORE THE HONORABLE:             JOHN W. SEDWICK

DEPUTY CLERK/RECORDER:            SAMANTHA LARK

UNITED STATES' ATTORNEY:          JOHN REARDON

DEFENDANT'S ATTORNEY:             RICHARD CURTNER

U.S.P.O.:                         TRAVIS LYONS

PROCEEDINGS: FINAL DISPOSITION ON PETITION TO REVOKE SUPERVISED
             RELEASE (DKT 592) HEARING HELD 12/14/2007:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 4:06 p.m. court convened.

 X Defendant advised of general rights.

 X Supervised Release revoked.

 X Defendant imprisoned for a period of 8 months on allegations 1-5 of the Petition to Revoke Supervised release (DKT 592). No term of Supervised Release to follow.

 X Defendant remanded to the custody of the U.S. Marshal.

 X Defendant advised of Appeal Rights.

At 4:09 p.m. court adjourned.

DATE: December 14, 2007         DEPUTY CLERK'S INITIALS: sal

Revised 6-18-07