RECEIVED DEC 21 2007 CLERK, U.S. DISTRICT COURT ANCHORAGE, AK

UNITED STATES DISTRICT COURT
District of Alaska

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>vs.<br><br>STEPHEN ANTHONY SMITH | **SECOND AMENDED JUDGMENT IN A CRIMINAL CASE**<br>(For Revocation of Probation or Supervised Release)<br>For Offenses Committed On or After November 1, 1987<br>(Original Judgment filed <u>06/23/2004</u>)<br>Case Number: <u>3:03-CR-00123-03-JWS</u><br><br><u>Richard Curtner</u><br>Defendant's Attorney |

Defendant's probation officer filed a petition on <u>08/10/2007</u> accusing defendant of <u>5</u> violations of the conditions of supervision provided in the original judgment. Defendant <u>ADMITTED allegations 1, 2, 3, 4, and 5 of the Petition to Revoke Supervised Release.</u> All necessary hearings have been conducted. The court finds that the following violations are proved:

| Accusation # | Condition # | Nature of Violation | Date | Grade |
|---|---|---|---|---|
| 1 | Standard | Use of alcohol | 07/26/2007 | C |
| 2 | Standard | Use of alcohol | 07/30/2007 | C |
| 3 | Standard | Contact with APD | 07/30/2007 | C |
| 4 | Standard | Associate with felons | 08/06/2007 | C |
| 5 | Standard | Associate with felons | 08/06/2007 | C |

The court finds that the following accusations are not proved: _____.

The court concludes that the conditions of supervision set forth in the court's original judgment are subject to revocation pursuant to 18 U.S.C. § 3583(e); and defendant is now sentenced as provided in pages <u>2</u> through <u>2</u> of this amended judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984, as amended.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

December 14, 2007
Date of ~~Disposition~~ Hearing

**REDACTED SIGNATURE**
Signature of Judicial Officer
<u>John W. Sedwick, U.S. District Judge</u>
Name & Title of Judicial Officer

12/20/07
Date

AO 245.REV

Defendant: STEPHEN ANTHONY SMITH                Second Amended Judgment--Page 2 of 2
Case:3:03-CR-00123-03-JWS

## IMPRISONMENT ON REVOCATION OF SUPERVISED RELEASE/PROBATION

Defendant's supervised release having been revoked, the defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of 8 months on the Petition to Revoke Supervised Release.

[_]   The court makes the following recommendations to the Bureau of Prisons:

[X]   The defendant is remanded to the custody of the United States Marshal.
[_]   The defendant shall surrender to the United States Marshal for this district,
            a.m.
      [_] at _____ p.m. on _____.
[_]   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons,
      [_]   before 2 p.m. on _____.
      [_]   as notified by the United States Marshal.
      [_]   as notified by the probation office.

**RETURN**

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____ at _____, with a certified copy of this judgment.

United States Marshal

By _____
         Deputy Marshal

AO245.REV

Defendant:                                              Amended Judgment--Page _ of _
Case No.: _____ _____ CR

**FINE**

The defendant shall pay a fine of $_____.

[_]  This amount is the total of the fines imposed on individual counts, as follows:

[_]  The court has determined that the defendant does not have the ability to pay interest.  It is ordered that:

    [_]  The interest requirement is waived.
    [_]  The interest requirement is modified as follows:

This fine plus any interest required shall be paid:
[_]  in full immediately.
[_]  in full not later than _____.
[_]  in equal monthly installments over a period of _____ months. The first payment is due on the date of this judgment. Subsequent payments are due monthly thereafter.
[_]  in installments according to the following schedule of payments:

If the fine is not paid, the court may sentence the defendant to any sentence which might have been originally imposed.  See 18 U.S.C. § 3614.

AO245.REV

Defendant:                                           Amended Judgment--Page _ of _
Case No.: _____ ___ _____ CR

## RESTITUTION AND FORFEITURE
### RESTITUTION

[_]    The defendant shall make restitution to the following persons in the following amounts:

<u>Name of Payee</u>                                                <u>Amount of Restitution</u>

Payments of restitution are to be made to:

    [_]   the United States Attorney for transfer to the payee(s).
    [_]   The payee(s).

Restitution shall be paid:

    [_]   in full immediately.
    [_]   in full not later than _____.
    [_]   in equal monthly installments over a period of _____ months. The first payment is due on the date of this judgment. Subsequent payments are due monthly thereafter.
    [_]   in installments according to the following schedule of payments:

Any payment shall be divided proportionately among the payees named unless otherwise specified here.

### FORFEITURE

[_]    The defendant is ordered to forfeit the following property to the United States:

Defendant: _____   Amended Judgment--Page _ of _
Case No.: _____ _____ CR

## PROBATION/SUPERVISED RELEASE (MODIFIED)

Defendant's supervised release [_] probation[_] is modified as follows:




The term of supervision is not [_] is[_] extended as follows:




Except as hereinabove provided, the standard conditions of supervision and any special conditions of supervision contained in the court's original judgment shall remain in effect.

AO245.REV